UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Misc. 07-005 LKK |
| Plaintiff, | ) | |
| | ) | CONSENT JUDGMENT PURSUANT TO |
| v. | ) | AGREEMENT BETWEEN THE PARTIES |
| | ) | |
| MARYELLEN L. LAUMBACH, | ) | |
| Defendant. | ) | |
| | ) | |

The Court finds that the United States of America and Maryellen L. Laumbach have entered into a Settlement Agreement.  A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A, and all of the terms set forth therein are incorporated herein by reference.  Based on the Settlement Agreement, it is hereby

ORDERED AND ADJUDGED:

The Court adopts the Settlement Agreement entered into by and between the parties in its entirety.  Accordingly, judgment, by consent, in the amount of One Hundred Twenty-Nine Thousand Two-Hundred Forty-two Dollars and Eighty-one Cents ($129,242.81), is entered in favor of plaintiff United States of America and against defendant Maryellen L. Laumbach.

IT IS SO ORDERED.

DATED: February 22, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[proposed] Consent Judgment Pursuant to Agreement
Between the Parties

1    Presented by:

2        McGREGOR W. SCOTT
         United States Attorney
3

4            */s/ Bobbie J. Montoya*
     By:    _____
5        BOBBIE J. MONTOYA
         Assistant U.S. Attorney
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28